**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

LEAD CASE:          Baker v. McCarthy et al   3:17cv1792-VAB

MEMBER CASE:    Williams v. McCarthy et al   3:18cv826-VAB
                       Graham v. McCarthy et al     3:18cv844-VAB

The above-captioned cases have been ordered consolidated pursuant to an order entered by

Judge Victor A. Bolden.  The following provisions will govern the procedural aspects of the

consolidation:

1.  The clerk will maintain a **LEAD CONSOLIDATED DOCKET SHEET AND FILE** in case

    number 3:17cv1792-VAB. All captions shall include **ONLY** the **LEAD CONSOLILDATED**

    **CASE NAME AND DOCKET NUMBER**.

2.  The parties and counsel from each member case will be added to the docket of the

    **LEAD CONSOLIDATED DOCKET SHEET** and the member cases will be closed without

    prejudice to the right of any party to move to reopen upon resolution of the **LEAD** case.

3.  All docketing shall be made **ONLY** on the **LEAD CONSOLIDATED DOCKET SHEET**.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

4. Any pending motions from the member cases will be re-docketed on the **LEAD**

     **CONSOLIDATED DOCKET SHEET**.

5. In the event an appeal is taken by one or more parties from a decision or judgment of

     this court, or in the event copies of the file are needed outside the district for any reason,

     it shall be the duty of the requesting party to certify the record required.  It shall

     then be the responsibility of counsel who originally prepared or filed any documents to

     furnish, upon request, sufficient copies to the clerk for transmittal of the record.  Copies

     requested shall be furnished within ten (10) days.

Dated at Bridgeport, Connecticut, this 19th day of July, 2018.


ROBIN D. TABORA, Clerk


By:  __ /s/ Judy Fazekas_____ __


Deputy Clerk